

| ZACHARY W. CARTER<br>*Corporation Counsel* | The City of New York<br>**Law Department**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CASSANDRA N. BRANCH<br>Assistant Corporation Counsel<br>Labor & Employment Law Division<br>Phone: (212) 356-4074<br>Email: cbranch@law.nyc.gov<br>Email **Not** for Service of Papers |
|---|---|---|

August 2, 2018

**BY ECF**

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *Ok v. New York Dep't of Educ., et al.*,
                18 Civ. 0392 (BMC)
                Our No. 2018-005857

Dear Judge Cogan:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendants in the above-referenced action. Defendants respectfully write on behalf of both parties to provide the Court with an update regarding plaintiff's Education Law § 3020-a disciplinary hearing, pursuant to his Court's Memorandum Decision and Order, dated June 4, 2018. *See* Docket Entry No. 23.

        Defendant DOE preferred disciplinary charges against plaintiff for misconduct, harassment, insubordination, conduct unbecoming his position and neglect of duty in October 2017. Thereafter, DOE reassigned plaintiff from the classroom to a central teacher reassignment centers, pending resolution of the § 3020-a charges. Plaintiff's hearing took place over several dates in July, 2018, and concluded on or about July 11, 2018. The parties now await an opinion and award from the § 3020-a Hearing Officer.

                                                                           Respectfully submitted,

                                                                               /S/
                                                              Cassandra Branch
                                                              Assistant Corporation Counsel

cc:   **GLASS KRAKOWER, P.C.**
        Attorneys for Plaintiff