**GLASS & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 18TH FLOOR @ WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
   Partner

October 18, 2018

*Via ECF*
Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re:     Seung Ok v. NYCDOE et al, 18 Civ 392 (BC) (VS)

Dear Judge Cogan:

This office represents Plaintiff in the above-referenced matter. I have a scheduling conflict with another federal case matter in New Jersey on the morning of October 23, 2018, and respectfully request that the recently scheduled conference be adjourned to a subsequent date. This is the first request for an extension of this date.

Given that the parties are scheduled to have a settlement conference in this case before Magistrate Judge Scanlon on October 29, 2018, at 11 am, the parties respectfully suggest that the Court reschedule its conference on the same date if the Court wishes to see the parties before or after the settlement conference.

Thank you very much for your consideration of this request.

Respectfully submitted,

s/

Bryan D. Glass, Esq.

c: Cassandra Branch, Assistant Corporation Counsel, Attorney for Defendants