**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 11/16/2018

Case: Ok v. New York City Department of Education et al   Telephone Conf. @ 2:00 PM

Civ. 1:18-cv-00392-BMC

ECF Recording in 13A South:   ☑ Telephone Conference   ☐ In-person Conference

½ hr OTR

**Counsel:** *(See separately docket entry or document for specific appearances)*
☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
**Conference Type:**

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder     ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☑ Status conference                     Date: 12/6/18   Time: 12:45pm
   ☐ In person ☑ Telephone (718) 613-2300   To be organized by: π
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated      ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                 Date:              Time:

1/2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Page __ of __

Case: OK                                Civ. A. 18 - 392

Date: 11/16/2018

**Additional Orders:**

Counsel will continue settlement discussions. Δ Counsel to put offer of non-monetary relief in writing by 11/23/18. Π to respond to D counsel by 11/30/18.

Settlement discussions will not delay discovery or the trial.

Page __ of __