AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |  |
|---|---|---|---|
| Seung-Yong Ok | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 18 CV 00392 (BC)(VS) |
| New York City Department of Education, et al | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Seung-Yong Ok                                                                                                          .

Date:      01/23/2019

*Attorney's signature*

Jordan F. Harlow JH7862
*Printed name and bar number*

85 Broad Street, 18th Floor - WeWork
New York, NY 10004

*Address*

jharlow@ghnylaw.com
*E-mail address*

(212) 537-6859
*Telephone number*

(845) 510-2219
*FAX number*