UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SEUNG-YONG OK,

                           Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION;
TYEE CHIN, FORMER PRINCIPAL OF FLUSHING
HIGH SCHOOL, IN HIS OFFICIAL AND INDIVIDUAL
CAPACITY; LUIS AGUIRRE AMAYA, ASSISTANT
PRINCIPAL OF FLUSHING HIGH SCHOOL, IN HIS
OFFICIAL AND INDIVIDUAL CAPACITY,

                           Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

18 Civ. 00392 (BMC)

**PLEASE TAKE NOTICE** that I, Lora Minicucci, am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, who is now assigned to represent defendants New York City Department of Education ("DOE") Tyee Chin ("Chin") and Luis Aguirre Amaya ("Amaya") in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:      New York, New York
             February 25, 2020

                                            **JAMES E. JOHNSON**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendant DOE
                                            100 Church Street, Room 2-318
                                            New York, New York 10007-2601
                                            (212) 356-4074
                                            lminicuc@law.nyc.gov

                                            By [ECF]        /S/
                                                          Lora Minicucci
                                                Assistant Corporation Counsel

To:    GLASS KRAKOWER, LLP
         Attorneys for Plaintiff

18 Civ. 0392 (BMC)

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRIC OF NEW YORK |

SEUNG-YONG OK,

                                  Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                                  Defendants.

## NOTICE OF APPEARANCE

**JAMES E. JOHNSON**

*Corporation Counsel of the City of New York*
Attorney for Defendant DOE
100 Church Street, Room 2-318
New York, New York 10007-2601
*Of Counsel*: Lora Minicucci
Tel: (212) 356-2078
lminicuc@law.nyc.gov

Our No. 2018-00392

*Due and timely service is hereby admitted.*

*New York, N.Y.* ...................................................., 2020.

*Signed:* ..................................................................*Esq.*

*Attorney for* ........................................................................