UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEUNG-YONG OK,

                              Plaintiff,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION; TYEE CHIN, FORMER PRINCIPAL OF FLUSHING HIGH SCHOOL, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY; and LUIS AGUIRRE AMAYA, ASSISTANT PRINCIPAL OF FLUSHING HIGH SCHOOL, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY,

                              Defendant.

------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

No. 18-cv-0392 (BMC)

        **PLEASE TAKE NOTICE** that upon defendant's Local Civil Rule 56.1 Statement of Undisputed Facts, dated March 4, 2020 the Declaration of Assistant Corporation Counsel Lora Minicucci in support of Defendants' Motion for Summary Judgment, dated March 4, 2020, and annexed exhibits, the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated March 4, 2020; and upon all papers and proceedings had herein, Defendants, the New York City Department of Education ("DOE"), Tyee Chin, and Luis Aguirre Amaya, will move this Court, before the Honorable Brian M. Cogan, United States District Judge, on a date and at a time to be designated by the Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order and judgment, pursuant to Federal Civil Procedure Rule 56, granting defendants' Motion for Summary Judgment and dismissing the Complaint in its entirety against defendants, on the grounds that there is no genuine issue of material fact requiring a trial, and that defendants are entitled to judgment as a matter of law, entering judgment for defendants and granting

defendants costs, fees, and disbursements together with such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be served or filed before March 23, 2020, and reply papers, if any, will be served on or before March 30, 2020.

Dated: New York, New York
March 4, 2020

**JAMES E. JOHNSON**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-318
New York, New York 10007
(212) 356-2078
lminicuc@law.nyc.gov

By: /s/
Lora Minicucci
Assistant Corporation Counsel

Donna A. Canfield, Of Counsel.