UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SEUNG-YONG OK,

|  |  |
|---|---|
| Plaintiff, | Case No. 18-CV-0392 (BMC) |
| -against- | RULE 68 JUDGMENT |
| NEW YORK CITY DEPARTMENT OF EDUCATION; TYEE CHIN, FORMER PRINCIPAL OF FLUSHING HIGH SCHOOL, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, LUIS AGUIRRE AMAYA, ASSISTANT PRINCIPAL OF FLUSHING HIGH SCHOOL, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, | |
| Defendants. | |

Whereas pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Seung-Yong Ok to take a judgment against the Defendants in this action for the total sum of Fifty thousand dollars and one cent ($50,000.01) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for Plaintiff's federal, state and city law claims, on January 12, 2021, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is

**ORDERED, ADJUDGED, AND DECREED**, That Plaintiff Seung-Yong Ok has judgment in the amount of $50,000.01, plus reasonable attorneys' fees, expenses, and costs accrued to date, to be determined by the Court as against all Defendants. Attorneys' fees/costs motion due in accordance with FRCP 54(d).

Digitally signed by Brian M. Cogan

HON. BRIAN M. COGAN, U.S.D.J.